# MEMORANDUM CASES.

[Civ. No. 2331. Third Appellate District.—August 30, 1921.]

## HEWITT LAND COMPANY (a Corporation), Appellant, v. G. W. DWINNELL, Respondent.

TRIALS—HEARING ON DEMURRER—NOTICE.—Order affirmed on authority of *Five States Timber Co.* v. *Dwinnell, ante,* p. 113.

APPEAL from an order of the Superior Court of Siskiyou County denying a motion to vacate a judgment. C. J. Luttrell, Judge. Affirmed.

This case involves the same questions as that considered in *Five States Timber Co.* v. *Dwinnell, ante,* p. 113.

Chas. L. Gilmore for Appellant.

Taylor & Tebbe for Respondent.

THE COURT.—The appeal in this case involves the same question as that considered in the case of *Five States Timber Co.* v. *Dwinnell, ante,* p. 113 [203 Pac. 410].

On the authority of the decision in that case, the order appealed from is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on October 24, 1921.

All the Justices concurred, except Shaw, J., who was absent.